UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:
Eric Reeves & Angela Reeves
Social Security No.:
xxx-xx-6277 and xxx-xx-1501
Address:
1025 Farrington Point Rd., Chapel Hill, NC 27517-

Case No. 09-80296- -
Chapter 13

Debtors

**MOTION TO EMPLOY PROFESSIONAL**S

NOW come the above Debtors, by and through their undersigned counsel, and respectfully move the Court for an order allowing the employment of Inez de Odarza Simmons and Richard Croutharmel as counsel in the Debtor's pending divorce action. In support thereof, the Debtor shows the Court as follows:

1. The Debtors filed a voluntary Chapter 13 bankruptcy on February 23, 2009.

2. The Debtor is in the process of bringing suit against her members of her step-family who are co-owner of a family real estate corporation, in which the Female Debtor holds a 23% interest and which has a total value, upon information and belief, in excess of $1.2 million.

3. The Debtors have, by and through counsel, previously notified the Chapter 13 Trustee of this asset and are amending Schedule B of their petition contemporaneously with the filing of this motion.

4. The Debtors have specifically not claim any exemption in this potential asset and intend that any net proceeds be tendered to the Chapter 13 Trustee for payment of all allowed unsecured claims in full, with interest retroactive to the date of confirmation.

5. The Debtor has retained Inez de Odarza Simmons and Richard Croutharmel as counsel in that matter. Copies of the *curriculum vitae* for both are attached hereto and incorporated by reference as Exhibit A & B.

6. A copy of the Contract for Representation with counsel is attached hereto and incorporated by reference as Exhibit C.

WHEREFORE, the Debtor respectfully prays the Court to allow, pursuant to 11 U.S.C. § 330(a)(4)(B), the employment of Inez de Odarza Simmons and Richard Croutharmel.

Additionally, the attorney for the Debtor respectfully requests that the Court award a reasonable attorney fee for bringing this Motion. The presumptive fee for applications for

employment of professionals is $250.00.

    Lastly, the Debtor prays for any further relief that the Court deems just and necessary.

Dated: February 11, 2011

                                **LAW OFFICES OF JOHN T. ORCUTT, P.C.**

                                /s Edward C. Boltz
                                Edward C. Boltz
                                North Carolina State Bar No.: 23003
                                6616-203 Six Forks Road
                                Raleigh, N.C. 27615
                                (919) 847-9750

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

Eric Reeves & Angela Reeves                    Case No. 09-80296- -
Social Security No.:                            Chapter   13
xxx-xx-6277 and xxx-xx-1501
Address:
1025 Farrington Point Rd., Chapel Hill, NC 27517-

                    Debtors

## CERTIFICATE OF SERVICE

I, Dawn DeFrange, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age and that on February 11, 2011 , I served copies of the **MOTION TO EMPLOY PROFESSIONALS** electronically, or when unavailable, by regular first-class U.S. mail, addressed to the following parties:

Richard M. Hutson, II
Chapter 13 Trustee

Michael West
U.S. Bankruptcy Administrator

Eric Reeves & Angela Reeves
1025 Farrington Point Rd.
Chapel Hill, NC 27517

Inez de Odarza Simmons
Post Office Box 948
Raleigh NC 27602

Richard Croutharmel
5 West Hargett Street
Suite 808
Raleigh NC 27602

All creditors with duly filed claims as listed on the Report of Claims Filed at the addresses listed thereon.

                                           /s Renee Nolte
                                           Renee Nolte